UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JOHN KYLE RODRIGUEZ

VERSUS

WELLS FARGO BANK, N.A., ET AL.

CIVIL ACTION

NO. 12-690-JJB-RLB

## RULING AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

This matter is before the Court for the district judge's sua sponte order raising the issue of subject matter jurisdiction. (Doc. 30). The Defendants filed a memorandum in support of subject matter jurisdiction. (Doc. 32). The Plaintiff filed a memorandum in opposition of subject matter jurisdiction. (Doc. 33) The issue before the Court is whether the amount in controversy is sufficient to support subject matter jurisdiction under 28 U.S.C. § 1332(a). In the Report and Recommendations (doc. 34) of United States Magistrate Judge Richard Bourgeois, dated June 12, 2014, the Magistrate Judge recommended that the court should sua sponte remand the case to the 19th Judicial District court, East Baton Rouge Parish, Louisiana. Subsequently, the Plaintiff filed an objection (doc. 35) to the Report and Recommendation.

The Magistrate Judge found that the Court does not have subject matter jurisdiction under 28 U.S.C. § 1332(a) because the amount in controversy requirement has not been satisfied. The Court has considered the parties arguments, the applicable law, and the Report and Recommendations of United States Magistrate Judge Bourgeois. The Court finds that the Magistrate Judge's findings of fact, conclusions of law, and recommendations are correct and that the Plaintiff's objection consists of arguments that have been properly considered and resolved by the Magistrate Judge.

After review, the Court hereby **AFFIRMS** and **ADOPTS** the Magistrate Judge's Report and Recommendations (doc.34). Accordingly, the case is **REMANDED** to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana.

Baton Rouge, Louisiana, this 14th day of July, 2014.

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA